1 | **CUTTER LAW, P.C.**
C. Brooks Cutter (SBN 121407)
2 | *bcutter@cutterlaw.com*
John R. Parker, Jr. (SBN 257761)
3 | *jparker@cutterlaw.com*
Matthew M. Breining (SBN 306788)
4 | *mbreining@cutterlaw.com*
401 Watt Avenue
5 | Sacramento, California 95864
Telephone: (916) 290-9400
6 | Facsimile: (916) 588-9330

7 | Attorneys for Plaintiffs
DIVENA WALLACE and XAVIER REYES

9 | **SEYFARTH SHAW LLP**
Christian J. Rowley (SBN 187293)
10 | *crowley@seyfarth.com*
Michael A. Wahlander (SBN 260781)
11 | *mwahlander@seyfarth.com*
Pamela L. Vartabedian (SBN 251133)
12 | *pvartabedian@seyfarth.com*
560 Mission Street, 31st Floor
13 | San Francisco, California 94105
Telephone: (415) 397-2823
14 | Facsimile: (415) 397-8549

15 | Attorneys for Defendants
L'OREAL USA S/D, INC. and
16 | RANDSTAD NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVENA WALLACE and XAVIER REYES, individually, and on behalf of themselves and a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>L'OREAL, USA S/D, INC., a Delaware Corporation; RANDSTAD NORTH AMERICA, INC., a Delaware Corporation; AND DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01222-JAM-CKD<br><br>**STIPULATED REQUEST FOR DISMISSAL**<br><br>Location: Courtroom 6, 14th Floor<br>Judge: Honorable John A. Mendez<br><br>Complaint Filed: April 3, 2018<br>Date Removal Filed: May 14, 2018 |

| | |
|---|---|
| 1 | Having completed their respective obligations under their written settlement agreement, |
| 2 | Plaintiffs DIVENA WALLACE and XAVIER REYES ("Plaintiffs") and Defendants L'OREAL USA |
| 3 | S/D, INC. and RANDSTAD NORTH AMERICA, INC. ("Defendants") (collectively "the Parties"), by |
| 4 | and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby |
| 5 | stipulate as follows: |

1. The above-captioned action shall be dismissed with prejudice as to Plaintiffs' individual claims and without prejudice as to the class claims; and

2. Each party shall bear its own attorneys' fees and costs of suit.

IT IS SO STIPULATED.

DATED: April 26, 2019                 CUTTER LAW, P.C.

By   /s/
     C. Brooks Cutter
     John R. Parker, Jr.
     Matthew M. Breining

Attorneys for Plaintiffs
DIVENA WALLACE and XAVIER REYES

DATED: May 23, 2019                 SEYFARTH SHAW LLP

By   /s/ Pamela Vartabedian
     Christian J. Rowley
     Michael A. Wahlander
     Pamela L. Vartabedian

Attorneys for Defendants
L'OREAL USA S/D, INC. and
RANDSTAD NORTH AMERICA, INC.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the stipulation of the parties, this action is hereby dismissed with prejudice as to |
| 3 | Plaintiffs' individual claims and without prejudice as to the class claims. Each party shall bear their own |
| 4 | attorneys' fees and costs. |
| 5 | **IT IS SO ORDERED.** |

DATE: May 24, 2019

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge